IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STEVEN FOSTER, )<br>)<br>Defendant. )<br>)<br>_____ ) | No. CR 10-00450 JW<br><br>[PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

[PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for December 20, 2010, shall be continued to Monday, January 31, 2011, at 1:30 p.m.

THE COURT FINDS that failing to exclude the time between December 20, 2010, and January 31, 2011, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between December 20, 2010, and January 31, 2011, from computation under the Speedy Trial

*U. S. v. Steven Foster*
No. CR 10-00450 JW                                 1

1  Act outweigh the interests of the public and the defendant in a speedy trial.

2       IT IS SO ORDERED.

3  Dated: __December 10__, 2010

4  _____
    HONORABLE JAMES WARE
5      United States District Judge