BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant FOSTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                              )<br>              Plaintiff,           )<br>                                              )<br>              v.                      )<br>                                              )<br>STEVEN FOSTER,                )<br>                                              )<br>              Defendant.        )<br>                                              ) | NO.  CR 10-00450- EJD<br><br>[~~Proposed~~] **ORDER CONTINUING STATUS HEARING FROM MAY 31, 2011 to JUNE 13, 2011** |

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered as follows:

The status conference hearing in the above-captioned matter is continued from May 31, 2011 to June 13, 2011, at 1:30 p.m., and the period of delay from May 31, 2011, to and including June 13, 2011, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated: May __25__, 2011

_____
HONORABLE EDWARD J. DAVILA,
United States District Court Judge

ORDER CONTINUING STATUS HEARING
No.  CR 10-00450- EJD                                  1