Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant STEVEN FOSTER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0450 EJD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING |
| vs. | |
| STEVEN FOSTER | |
| Defendant | |

The parties stipulate, and request that the court Order, the following:

1. Mr. Foster, the accused in the above case, is currently scheduled for a status hearing on June 24, 2013 at 1:30 PM. By this stipulation and proposed Order, the parties are jointly requesting that the status hearing be continued one week, to July 1, 2013 at 1:30 PM.

STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE. - 1

2. Counsel for Mr. Foster will not be available on the currently set status conference date, as he will be out of the state for a sentencing hearing in another jurisdiction. The government does not object to a one week continuance. The parties therefore request that the status conference be continued one week.

3. For the above reasons, the parties respectfully request that the June 24 status conference be continued until July 1, 2013, at 1:30 PM, and that the time from June 24, 2013 to July 1, 2013 be excluded under the speedy trial act for the effective preparation of counsel and for continuity of counsel.

Respectfully submitted,


Dated: June 1, 2013          By:_____/s/_____
                              PETER A. LEEMING,
                             Attorney for  Steven Foster

                               _/s/ Jeffrey B. Schenk_
                             Assistant U.S. Attorney


IT IS SO ORDERED.

DATED:____6/4/2013_____                    _____
                                              Hon. Edward J. Davila
                                              United States District Court Judge

STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE. - 2