Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant STEVEN FOSTER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0450 EJD |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER CONTINUING SENTENCING HEARING** |
| STEVEN FOSTER | |
| Defendant | |

The parties stipulate, and request that the court Order, the following:

1. Mr. Foster is currently scheduled to be sentenced on July 14, 2014 at 1:30 PM. By this stipulation and proposed Order, the parties are jointly requesting that the sentencing hearing be continued to August 18, 2014 at 1:30 PM.

STIPULATION AND PROPOSED ORDER CONTINUING SENTENCING. - 1

2. Counsel for Mr. Foster has been collecting materials that are believed to be relevant for the determination of loss in this case. This process has been time consuming and has generated a large volume of materials and is now mostly complete. Mr. Foster met with probation on May 28, 2014 and provided some of the records, but counsel for Mr. Foster did not have time to complete his presentation and explanation of the records to the assigned probation officer, Mr. Ben Flores. An additional meeting has now been scheduled with Mr. Flores for June 25, 2014 to continue the review of the materials assembled.

3. Counsel for the government and counsel for Mr. Foster have conferred and all parties agree that the date of August 18, 2014 is compatible with counselsø and probations schedules. The parties therefore respectfully request that the Court continue the sentencing hearing from July 14, 2014 to August 18, 2014, at 1:30 PM.

Respectfully submitted,

Dated: June 3, 2014 By:_____/s/_____
　　　　　　　　　　　　　　PETER A. LEEMING,
　　　　　　　　　　　　Attorney for  Steven Foster

　　　　　　　　　　　　　 /s/ *Jeffrey B. Schenk*
　　　　　　　　　　　　Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STEVEN FOSTER<br><br>　　　　Defendant | No. CR 10-0450 EJD<br><br>[PROPOSED] ORDER<br>CONTINUING SENTENCING<br>HEARING |

For the reasons stated in the above stipulation, the sentencing hearing in the above matter is continued from July 14, 2014, to August 18, at 1:30 PM.

IT IS SO ORDERED.

DATED:　6/4/2014

　　　　　　　　　　　　　　　　　　　Hon. Edward J. Davila
　　　　　　　　　　　　　　　　　　　United States District Court Judge