1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JEFF SCHENK (CABN 234355)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5061
7       FAX: (408) 535-5066
        Jeffrey.b.schenk@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,        ) CASE NO. 10-00450 EJD
14                                  )
            Plaintiff,               ) STIPULATION AND [PROPOSED] ORDER
15                                  ) CONTINUING SENTENCING HEARING FROM
       v.                           ) AUGUST 18, 2014 TO OCTOBER 6, 2014
16                                  )
   STEVEN FOSTER,                   )
17                                  )
            Defendant.               )
18                                  )

19
        On August 18, 2014, the parties are scheduled to appear for a sentencing hearing before this
20
   Court. In this mater, the parties are still working, together with the United States Probation Office, to
21
   calculate an accurate, and possibly agreed to, loss amount. This process involves gathering and
22
   reviewing financial records, among other documents. Therefore, the government and defense require
23
   additional time to prepare for sentencing. The Probation Office has been consulted, agrees with the need
24
   for this continuance, and is available on October 6, 2014.
25
        The parties hereby request this Court vacate the current sentencing date and reschedule the
26
   hearing for October 6, 2014.
27
   //
28

DATED: August 5, 2014

MELINDA HAAG
United States Attorney

/s/
JEFF SCHENK
Assistant United States Attorney

/s/
PETER LEEMING
Attorney for Defendant

### **ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the sentencing hearing currently scheduled for August 18, 2014 be continued to October 6, 2014.

IT IS SO ORDERED.

DATED:   8/5/2014

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE